UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DANIEL LEVIE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-657-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| WASHINGTON MUTUAL BANK, etc., *et al*., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on an Emergency Motion For Order Compelling Witness Vincent Barra to Produce Documents, Pursuant to Fed. R. Civ. P. 45(c) (#39).

The Court having reviewed the Emergency Motion (#39) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Emergency Motion For Order Compelling Witness Vincent Barra to Produce Documents, Pursuant to Fed. R. Civ. P. 45(c) (#39) is **GRANTED**.

IT IS FURTHER ORDERED that the documents are to be produced forthwith.

DATED this 20th day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge