UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL LEVIE, | ) |
| Plaintiff, | ) 2:10-cv-657-KJD-RJJ |
| vs. | ) |
| WASHINGTON MUTUAL BANK FA;, *et al*., | ) O R D E R |
| Defendant. | ) |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff Daniel Levie's Emergency Demand for Evidence (#50).

The Court having reviewed the Emergency Motion (#50) finds that Plaintiff failed to personally consult with opposing counsel prior to filing this motion as required by Local Rule 26-7 and Fed. R. Civ. P. 37. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Daniel Levie's Emergency Demand for Evidence (#50) is **DENIED**.

DATED this __20th__ day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge